IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ZANELL MORROW,

      Appellant,

v.

MIAMI-DADE COUNTY -
DEPARTMENT OF SOLID
WASTE MANAGEMENT

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0795

Opinion filed October 3, 2017.

An appeal from an order of the Judge of Compensation Claims.
Edward R. Almeyda, Judge.

Date of Accident:  August 16, 2011.

Zanell Morrow, pro se, Appellant.

Abigail Price-Williams and Lynda S. Slade, Miami, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, ROWE, and WINSOR, JJ., CONCUR.